DAVID S. RATNER (SBN 316267)
SHELLEY A. MOLINEAUX (SBN 277884)
REBECCA WILDMAN-TOBRINER (SBN 313182)
RATNER MOLINEAUX, LLP
1148 Alpine Rd., Suite 201
Walnut Creek, CA 94596
Tel: (925) 239-0899
david@ratnermolineaux.com
shelley@ratnermolineaux.com
rebecca@ratnermolineaux.com

Attorneys for Plaintiff
JANE DOE

SUZANNE E. RISCHMAN (SBN 124421)
DANIELLE K. LEWIS (SBN 218274)
HAWKINS PARNELL & YOUNG LLP
One Post Street, Suite 2500
San Francisco, CA 94104
Tel: (415) 766-3200
srischman@hpylaw.com
dlewis@hpylaw.com

Attorneys for Defendant
CLAYTON VALLEY CHARTER HIGH SCHOOL
A California public charter school

DEFENDANTS CONTINUED ON PAGE 2.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, a minor by and through her Guardian Ad Litem, JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>CLAYTON VALLEY CHARTER HIGH SCHOOL, a California public charter school; CONTRA COSTA COUNTY OFFICE OF EDUCATION, a California public entity; GREG SMITH, a minor; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 3:25-cv-10316-LJC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br>GRANTED AS MODIFIED<br><br>Date Action Filed:    December 1, 2025 |

AMBER SMITH (SBN 281002)
BRIAN DUUS(SBN 263403)
KATHERINE ALBERTS (SBN 212825)
LEONE ALBERTS & DUUS
1390 Willow Pass Rd., Suite 700
Concord, CA 94520
Tel: (925) 974-8600
Asmith@leonealberts.com
bduus@leonealberts.com
kalberts@leonealberts.com

Attorneys for Defendant
CONTRA COSTA COUNTY OFFICE
OF EDUCATION

Plaintiff Jane Doe ("Plaintiff"), Defendant Clayton Valley Charter High School ("Defendant"), Defendant Contra Costa County Office of Education ("CCCOE"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS,** the Court has scheduled an Initial Case Management Conference for March 12, 2026;

**WHEREAS,** Defendant Contra Costa County Office of Education ("CCCOE") was served with the summons and complaint on March 5, 2025, but has not yet appeared in this case. Defendant Greg Smith ("Smith") has also been served but has not appeared. Counsel are currently engaged in discussions with these defendants regarding their participation in the case.

**WHEREAS,** the Parties agree that a short continuance will promote judicial efficiency and avoid unnecessary briefing or premature case management discussions;

**WHEREAS,** the requested continuance will not affect any other deadlines set by the Court.

**IT IS HEREBY STIPULATED**

Subject to the Court's approval, the Parties respectfully request that the Case Management Conference be continued 30 days, or to a date convenient for the Court.

The Parties further request that all associated deadlines under the Federal Rules of Civil Procedure and this District's Local Rules, including the deadline to file the Joint Case Management Statement, be continued accordingly.

///
///
///
///
///
///
///
///
///

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

Dated: March 5, 2026                     RATNER MOLINEAUX, LLP


                                          /s/ David S. Ratner
                                         _____
                                         David S. Ratner
                                         Shelley A. Molineaux
                                         Rebecca Wildman-Tobriner
                                         Attorneys for Plaintiff
                                         JANE DOE


Dated: March 5, 2026                     HAWKINS PARNELL & YOUNG LLP


                                          /s/ Suzanne E. Rischman
                                         _____
                                         Suzanne E. Rischman
                                         Danielle K. Lewis
                                         Attorneys for Defendant
                                         CLAYTON VALLEY CHARTER HIGH
                                         SCHOOL


Dated: March 5, 2026                     LEONE ALBERTS & DUUS


                                          /s/ Amber Smith
                                         _____
                                         Amber Smith
                                         Brian Duus
                                         Katherine Alberts
                                         Attorneys for Defendant
                                         CONTRA COSTA COUNTY OFFICE OF
                                         EDUCATION

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

The Court, having considered the Parties' stipulation and good cause appearing, orders as follows:

1. The Case Management Conference currently set for March 12, 2026 is continued to April 16, 2026 at 1: 30 PM by videoconference. ~~14, 2026, or to the next available date on the Court's calendar~~.

2. All related deadlines, including the deadline to file the Joint Case Management Statement, are continued in accordance with the new Case Management Conference date.

Case management statement due April 9, 2026. The parties are reminded to comply with Civ. L.R. 5-1(i)(3).

IT IS SO ORDERED.

DATED: _March 10, 2026_____

_____
Hon. Judge Lisa J. Cisneros
United States Magistrate Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE