Renée Welze Livingston – SBN 124280
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com

Attorneys for Defendant
GREG SMITH, a minor, by and through his
Guardian ad Litem, JOHN SMITH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, a minor by and through her Guardian Ad Litem, JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>CLAYTON VALLEY CHARTER HIGH SCHOOL, a California public charter school; CONTRA COSTA COUNTY OFFICE OF EDUCATION, a California public entity; GREG SMITH, a minor; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:25-CV-10316-LJC<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

I, Petitioner JOHN SMITH, declare:

1. I am the father of GREG SMITH, who is named as a Defendant in the above-captioned action and is a minor. My son is named in the lawsuit under the pseudonym GREG SMITH to protect his identity, just as the minor plaintiff and her father/guardian ad litem JOHN DOE have been named. I am also filing this petition under a pseudonym to protect my son's identity.

2. Because GREG SMITH is a minor, he is unable to appear on his own behalf to

answer the Complaint and defend this action without a duly appointed guardian ad litem.

3.  Under Fed. Rules Civ. Proc., Rule 17(c)(1), a minor or incompetent person may sue (or be defended) in federal court through an appointed representative, such as a guardian, committee, conservator.

4.  Furthermore Fed. Rules Civ. Proc., Rule 17(c)(2) provides that the court must appoint a guardian ad litem – or issue another appropriate order – to protect a minor or incompetent person who is unrepresented in an action.

5.  My son, GREG SMITH, does not have a general guardian, conservator or other duly appointed representative for purposes of defending this action.

6.  I, JOHN SMITH, am a competent and responsible adult, and am fully competent to act as guardian ad litem for my son in this matter. I have no conflicts of interest in this action and am willing to serve in this capacity for my son.

7.  Attorney Renée Welze Livingston, has been retained by GREG SMITH's mother and I to provide legal services to our son in this action. Ms. Livingston assisted me in preparing this petition.

WHEREFORE, I, petitioner JOHN SMITH respectfully request that the Court appoint me as guardian ad litem for Defendant GREG SMITH for purposes of appearing in and defending this action on his behalf.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 30th day of March, 2026 in Walnut Creek, California.

_____
GREG SMITH

///

///

///

///

///

**ORDER**

**IT IS HEREBY ORDERED** that the Petition for an Order Appointing JOHN SMITH as Guardian ad Litem for Defendant GREG SMTIH is GRANTED.

SO ORDERED.

Dated: _____April 8, 2026_____        _____
United States Magistrate Judge

---

*Jane Doe v. Clayton Valley Charter High School, et al.*, Case No. 3:25-CV-10316-LJC
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

-3-