DAVID S. RATNER (SBN 316267)
SHELLEY A. MOLINEAUX (SBN 277884)
REBECCA WILDMAN-TOBRINER (SBN 313182)
RATNER MOLINEAUX, LLP
1148 Alpine Rd., Suite 201
Walnut Creek, CA 94596
Tel: (925) 239-0899
david@ratnermolineaux.com
shelley@ratnermolineaux.com
rebecca@ratnermolineaux.com

Attorneys for Plaintiff
JANE DOE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, a minor by and through her Guardian Ad Litem, JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>CLAYTON VALLEY CHARTER HIGH SCHOOL, a California public charter school; CONTRA COSTA COUNTY OFFICE OF EDUCATION, a California public entity; GREG SMITH, a minor; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:25-cv-10316-LJC<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**(JOINT NOTICE OF TRUE NAMES)**<br><br>Date Action Filed:      December 1, 2025 |

ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Pursuant to Civil Local Rule 79-5, Plaintiff Jane Doe respectfully moves for an order permitting the filing under seal of the document titled "Joint Notice of True Names." The Court's April 2, 2026 Order expressly directs the parties to file this document under seal due to the sensitive nature of the allegations and the Court's authorization for the parties and proposed guardians ad litem to proceed under pseudonyms.

Because the sealing is mandated by Court order, this motion is narrowly tailored and satisfies the requirements of Civil Local Rule 79-5(c).

A proposed order is submitted concurrently.

Dated: April 9, 2026                          RATNER MOLINEAUX, LLP


                                               /s/ *David S. Ratner*
                                              _____
                                              David S. Ratner
                                              Shelley A. Molineaux
                                              Rebecca Wildman-Tobriner
                                              Attorneys for Plaintiff Jane Doe

ADMINISTRATIVE MOTION TO FILE UNDER SEAL

**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Plaintiff Jane Doe has filed an Administrative Motion to File Under Seal the document titled "Joint Notice of True Names." The Court's April 2, 2026 Order directs the parties to file this document under seal due to the sensitive nature of the allegations and the Court's authorization for the parties and proposed guardians ad litem to proceed under pseudonyms.

Good cause appearing, and pursuant to Civil Local Rule 79-5, the Court hereby ORDERS:

1. Plaintiff's Administrative Motion to File Under Seal is GRANTED.

2. The document titled "Joint Notice of True Names" shall be filed and maintained UNDER SEAL.

3. Access to the sealed document shall be limited to the Court and authorized court personnel unless otherwise ordered.

**IT IS SO ORDERED.**

DATED: April 22, 2026                    _____

Hon. Judge Lisa J. Cisneros
United States Magistrate Judge

2
ADMINISTRATIVE MOTION TO FILE UNDER SEAL