PetitiDAVID S. RATNER (SBN 316267)
SHELLEY A. MOLINEAUX (SBN 277884)
REBECCA WILDMAN-TOBRINER (SBN 313182)
RATNER MOLINEAUX, LLP
1148 Alpine Rd., Suite 201
Walnut Creek, CA 94596
Tel: (925) 239-0899
david@ratnermolineaux.com
shelley@ratnermolineaux.com
rebecca@ratnermolineaux.com

Attorneys for Plaintiff
JANE DOE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, a minor by and through her Guardian Ad Litem, JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>CLAYTON VALLEY CHARTER HIGH SCHOOL, a California public charter school; CONTRA COSTA COUNTY OFFICE OF EDUCATION, a California public entity; GREG SMITH, a minor; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:25-cv-10316-LJC<br><br>**PLAINTIFF JANE DOE'S AMENDED PETITION TO APPOINT GUARDIAN AD LITEM**<br><br>Date Action Filed:    December 1, 2025 |

Doc ID: 84e42c68e17177eb6d8406b8c37cd924babdf23e

Plaintiff Jane Doe, through undersigned counsel, respectfully petitions the Court for an order appointing John Doe as her Guardian ad Litem pursuant to Federal Rule of Civil Procedure 17(c) and Civil Local Rule 17-1.

1. Plaintiff Jane Doe is a minor and therefore lacks legal capacity to prosecute this action in her own name.

2. John Doe is Plaintiff's father who is over the age of 18, and is willing and able to serve as Guardian ad Litem in this matter.

3. John Doe has no interests adverse to Plaintiff and is competent to represent her best interests throughout the litigation.

4. Appointment of a Guardian ad Litem is necessary to protect Plaintiff's rights and to allow this action to proceed.

**WHEREFORE**, Plaintiff respectfully requests that the Court appoint John Doe as Guardian ad Litem for Plaintiff Jane Doe for all purposes in this action.

Dated: April 22, 2026

RATNER MOLINEAUX, LLP

*/s/ David S. Ratner*

David S. Ratner
Shelley A. Molineaux
Rebecca Wildman-Tobriner
Attorneys for Plaintiff Jane Doe

PLAINTIFF JANE DOE'S AMENDED PETITION TO APPOINT GUARDIAN AD LITEM
Doc ID: 84e42c68e17177eb6d8406b8c37cd924babdf23e

## <u>DECLARATION OF JOHN DOE IN SUPPORT OF PETITION TO APPOINT GUARDIAN AD LITEM</u>

I, John Doe, declare:

1. I am the father of Plaintiff Jane Doe. I am over the age of 18 and competent to make this declaration.

2. Plaintiff Jane Doe is a minor and therefore lacks legal capacity to prosecute this action in her own name.

3. I am willing to serve as Jane Doe's Guardian ad Litem in this matter.

4. I have no interests that are adverse to Jane Doe, and I am able and willing to represent her best interests throughout the litigation.

5. I understand the responsibilities of a Guardian ad Litem, including making decisions in the best interests of the minor, communicating with counsel, and assisting in the prosecution of this action as needed.

6. I submit this declaration in compliance with the Court's order addressing the prior Petition to Appoint Guardian ad Litem (ECF No. 26). The Court noted that the earlier Petition omitted the relationship between myself and Plaintiff and was not supported by a declaration. This declaration is submitted to cure those deficiencies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 04 / 22 / 2026    _____

Declarant
John Doe

---

2

PLAINTIFF JANE DOE'S AMENDED PETITION TO APPOINT GUARDIAN AD LITEM

Doc ID: 84e42c68e17177eb6d8406b8c37cd924babdf23e

## ORDER APPOINTING GUARDIAN AD LITEM

Having considered Plaintiff Jane Doe's Amended Petition to Appoint Guardian ad Litem, the supporting declaration of John Doe, and the Court's prior order identifying deficiencies in the earlier Petition (ECF No. 26), and good cause appearing, the Court orders as follows:

The Court finds that Plaintiff Jane Doe is a minor and lacks the legal capacity to prosecute this action in her own name. The Court further finds that John Doe is over the age of 18, is Plaintiff's father, has no interests adverse to Plaintiff, and is competent and willing to serve as her Guardian ad Litem.

Accordingly, IT IS HEREBY ORDERED that:

1. John Doe is appointed as Guardian ad Litem for Plaintiff Jane Doe for all purposes in this action.

2. The Guardian ad Litem shall have the authority to act on Plaintiff's behalf in all matters related to this litigation.

IT IS SO ORDERED.

DATED: April 22, 2026

_____
Hon. Judge Lisa J. Cisneros
United States Magistrate Judge

3
PLAINTIFF JANE DOE'S AMENDED PETITION TO APPOINT GUARDIAN AD LITEM
Doc ID: 84e42c68e17177eb6d8406b8c37cd924babdf23e