UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE, et al.,

        Plaintiffs,

    v.

CLAYTON VALLEY CHARTER HIGH SCHOOL, et al.,

        Defendants.

Case No.  25-cv-10316-LJC

**CASE MANAGEMENT SCHEDULING ORDER**

The Court has reviewed the parties' Stipulation regarding the case schedule (ECF No. 41) and now sets the following schedule adopting some but not all of the proposed dates.  The parties are reminded going forward to comply with Civil Local Rule 5-1(i)(3) when filing documents with multiple signatories.

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures: | April 30, 2026[1] |
| Deadline to join parties and amend pleadings:[2] | June 12, 2026 |
| Joint case management statement: | August 20, 2026 |
| Further case management conference: | August 27, 2026 |
| Fact discovery cut-off: | December 30, 2026 |
| Opening expert reports and disclosures: | February 12, 2027 |

---

[1] ECF No. 28 at 11, ¶ 7.

[2] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required.  A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave.  A motion filed after this date must also meet the standard to modify a scheduling order.  *See* Fed. R. Civ. P. 16(b)(4).

United States District Court
Northern District of California

| | |
|---|---|
| Rebuttal expert reports and disclosures: | March 1, 2027 |
| Expert discovery cut-off: | May 3, 2027 |
| Last day to file dispositive motions and *Daubert* motions: | May 18, 2027 |
| Last day to hear dispositive motions and *Daubert* motions: | June 22, 2027 |
| Pretrial conference:[3] | Sept. 17, 2027, 1:30 PM |
| Jury trial: | Sept. 27, 2027 (5 days)[4] |

**IT IS SO ORDERED.**

Dated: May 13, 2026

LISA J. CISNEROS
United States Magistrate Judge

---

[3] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

[4] The parties did not propose a length for trial. Any party that believes trial should last longer than five days must file an administrative motion to that effect no later than one week from the date of this Order.

United States District Court
Northern District of California