DAVID S. RATNER (SBN 316267)
SHELLEY A. MOLINEAUX (SBN 277884)
RATNER MOLINEAUX, LLP
1148 Alpine Rd., Suite 201
Walnut Creek, CA 94596
Tel: (925) 239-0899
david@ratnermolineaux.com
shelley@ratnermolineaux.com

Attorneys for Plaintiff
JANE DOE

SUZANNE E. RISCHMAN (SBN 124421)
DANIELLE K. LEWIS (SBN 218274)
HAWKINS PARNELL & YOUNG LLP
One Post Street, Suite 2500
San Francisco, CA 94104
Tel: (415) 766-3200
srischman@hpylaw.com
dlewis@hpylaw.com

Attorneys for Defendant
CLAYTON VALLEY CHARTER HIGH SCHOOL
A California public charter school

DEFENDANTS CONTINUED ON PAGE 2.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, a minor by and through her Guardian Ad Litem, JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>CLAYTON VALLEY CHARTER HIGH SCHOOL, a California public charter school; CONTRA COSTA COUNTY OFFICE OF EDUCATION, a California public entity; GREG SMITH, a minor; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:25-cv-10316-LJC<br><br>**STIPULATION AND ORDER MODIFYING CASE MANAGEMENT SCHEDULE**<br><br>Judge: Hon. Lisa J. Cisneros<br><br>Date Action Filed: December 1, 2025<br>Trial Date: September 27, 2027 |

RENÉE WELZE LIVINGSTON (SBN 124280)
DARRIN-PAULO BALUYOT (SBN 361970)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Tel: (925) 952-9880
rlivingston@livingstonlawyers.com
dbaluyot@livingstonlawyers.com

Attorneys for Defendant
GREG SMITH, a minor, by and through his
Guardian ad Litem, JOHN SMITH

**STIPULATION**

WHEREAS, on May 13, 2026, the Court entered a Scheduling Order (Dkt. 42) setting the pretrial deadlines in this action and setting a five-day jury trial to commence September 27, 2027;

WHEREAS, on August 20, 2026, the Parties filed a Joint Case Management Statement (Dkt. 56) in which they proposed amended non-expert and expert discovery deadlines;

WHEREAS, on August 27, 2026, the Court held a Further Case Management Conference and indicated that it would approve the dates proposed in the Parties' Joint Case Management Statement if submitted as a stipulation and proposed order, but would not approve a further extension implicating the dates for summary judgment or trial (Dkt. 57);

WHEREAS, the Parties have met and conferred and agree that the amended deadlines set forth below are necessary to permit the completion of non-expert and expert discovery in this action;

WHEREAS, the requested modification will not affect the dates for summary judgment or trial, which remain as set in the Court's Scheduling Order (Dkt. 42);

WHEREAS, good cause exists under Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 6-2 to modify the case management schedule as set forth below;

NOW, THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate and jointly request that the Court modify the case management schedule as follows:

| Event | Current Deadline (Dkt. 42) | Amended Deadline |
|---|---|---|
| Close of Non-Expert Discovery | December 30, 2026 | February 1, 2027 |
| Expert Disclosures and Reports Provided | February 12, 2027 | February 26, 2027 |
| Rebuttal Expert Disclosures and Reports Provided | March 1, 2027 | March 26, 2027 |
| Close of Expert Discovery | May 3, 2027 | April 30, 2027 |

All other dates and deadlines set forth in the Court's Scheduling Order (Dkt. 42), including the dates for summary judgment and for trial, remain unchanged.

IT IS SO STIPULATED.

Dated: September 11, 2026

RATNER MOLINEAUX, LLP

*/s/ David S. Ratner*

David S. Ratner
Shelley A. Molineaux
Attorneys for Plaintiff
JANE DOE

Dated: September 11, 2026

HAWKINS PARNELL & YOUNG LLP

*/s/ Suzanne E. Rischman*

Suzanne E. Rischman
Danielle K. Lewis
Attorneys for Defendant
CLAYTON VALLEY CHARTER HIGH SCHOOL

Dated: September 11, 2026

LIVINGSTON LAW FIRM

*/s/ Renee Welze Livingston*

Renée Welze Livingston
Darrin-Paulo Baluyot
Attorneys for Defendant
GREG SMITH

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, David S. Ratner, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Modifying Case Management Schedule. Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ David S. Ratner*

Dated: September 11, 2026 David S. Ratner

**ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the case management schedule in this action is modified as follows:

Close of non-expert discovery: February 1, 2027;

Expert disclosures and reports provided: February 26, 2027;

Rebuttal expert disclosures and reports provided: March 26, 2027;

Close of expert discovery: April 30, 2027.

All other dates and deadlines set forth in the Court's Scheduling Order (Dkt. 42), including the dates for summary judgment and for trial, remain unchanged.

IT IS SO ORDERED.

Dated: September 14, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge